H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. I and II.

**2009–1527. State v. Rardon.**
Summit App. No. 24478, 2009-Ohio-3361.

PFEIFER, O'CONNOR, and CUPP, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2009–0618. State v. Addison.**
Cuyahoga App. No. 90642, 2009-Ohio-221.

**2009–0991. State v. Frazier.**
Fairfield App. No. 08CA0066, 2009-Ohio-1899.

**2009–1214. Franz v. Martin.**
Cuyahoga App. No. 92211, 2009-Ohio-2378.

**2009–1216. Kaur v. Bharmota.**
Franklin App. No. 08AP–646, 2009-Ohio-2344.

**2009–1220. Richardson v. Indus. Comm.**
Montgomery App. No. 22797, 2009-Ohio-2548.

**2009–1223. Kirk v. Warden.**
Ross App. No. 09CA3106.

**2009–1225. State v. Millette.**
Licking App. No. 08–CA–94, 2009-Ohio-2706.

**2009–1237. Joyce v. Godale.**
Geauga App. No. 2008–G–2817, 2009-Ohio-2439.

**2009–1239. King v. Craig.**
Medina App. No. 09CA0003–M. Discretionary appeal not accepted. Motion to dismiss denied as moot.

O'DONNELL, J., dissents.

**2009–1245. State v. Foster.**
Richland App. No. 2009CA0042, 2009-Ohio-3337.

O'DONNELL, J., dissents.

**2009–1253. Abernathy v. Abernathy.**
Cuyahoga App. No. 91735, 2009-Ohio-2263.

MOYER, C.J., and O'CONNOR and O'DONNELL, JJ., dissent.

**2009–1276. State v. Wolfe.**
Montgomery App. No. 23232, 2009-Ohio-3045.

**2009–1297. State v. Gergely.**
Paulding App. No. 11–09–04.

**2009–1298. State v. White.**
Butler App. No. CA2008–02–046, 2009-Ohio-2965.

**2009–1303. Rickard v. Trumbull Twp. Zoning Bd. of Appeals.**
Ashtabula App. Nos. 2008–A–0024, 2008–A–0025, 2008–A–0026, 2008–A–0027, and 2008–A–0028, 2009-Ohio-2619.

**2009–1306. Murphy–Kesling v. Kesling.**
Summit App. No. 24176, 2009-Ohio-2560.

**2009–1322. Lake Pointe Constr. Co., Inc. v. Avon.**
Lorain App. No. 08CA009483, 182 Ohio App.3d 554, 2009-Ohio-2613.

MOYER, C.J., and LUNDBERG STRATTON and O'DONNELL, JJ., dissent.